AUSA:  Meghan Bean  Telephone: (313) 226-9100
Task Force Officer:  Treva Eaton  Telephone: (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Dwion Anthony WASSON | Case: 2:23−mj−30094<br>Assigned To : Unassigned<br>Assign. Date : 3/8/2023<br>Description: RE: DWION ANTHONY WASSON (EOB) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Treva Easton - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 8, 2023__

_____
Judge's signature

City and state:  Detroit, Michigan

Honorable Anthony P. Patti,  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN CRIMINAL COMPLAINT

I, Treva L. Eaton, being first duly sworn, hereby state:

1.　　I am a Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 1996 and assigned to the ATF since May 2016. During my employment as a law enforcement officer, I have conducted and/or participated in numerous criminal investigations focused on firearms, firearms licensing, and narcotics violations.

2.　　I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.　　ATF is currently conducting a criminal investigation concerning Dwion Anthony WASSON (B/M; DOB: XX/XX/1982) for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearm).

1

## PROBABLE CAUSE

4. I reviewed a computerized criminal history, Michigan Third Circuit Court records, and Eastern District of Michigan records for WASSON, which revealed the following prior felony convictions.

   a. 2011 – Felony – Armed Robbery; Felony Firearm (3d Circuit Court, Case No. 11-009866-01-FC, Detroit, MI).

   b. 2011 – Felony – Armed Robbery; Felony Firearm (3d Circuit Court, Case No. 11-010543-01-FC, Detroit, MI)

   c. 2011 – Felony – Armed Robbery; Felony Firearm (3d Circuit Court, Case No. 11-011895-01-FC, Detroit, MI)

   d. 2011 – Felony – Armed Robbery; Felony Firearm (3d Circuit Court, Case No. 11-011897-01-FC, Detroit, MI)

   e. 2011 – Felony – Armed Robbery; Felony Firearm (3d Circuit Court, Case No. 11-011899-01-FC, Detroit, MI).

5. On or about October 18, 2021, WASSON signed a Michigan Department of Corrections (MDOC) Prisoner Pre-Release Notice (CSJ-290). That Notice stated that WASSON was a "convicted felon." It also explained that, as a convicted felon, WASSON would be in violation of federal law if he brandished, displayed, carried, or otherwise possessed a firearm.

6. On January 30, 2023, at approximately 4:00 pm, Detroit Police officer Kikish and Corporal Garcia in full uniform and in a fully marked scout vehicle were on patrol near Joy Rd. and Mansfield St. in Detroit, Michigan. The officers attempted to investigate WASSON after observing a partially concealed firearm near WASSON's right hip. Officers exited their vehicle, approached WASSON, and asked WASSON if he possessed a concealed pistol license. WASSON replied that he did and reached toward his pocket.  When he reached toward his pocket, WASSON began to run from officers.  Knowing that WASSON was armed, Officer Kakish deployed his taser at WASSON, which took effect causing WASSON to fall to the ground. Corporal Garcia recovered a loaded Taurus G2C 9MM firearm from WASSON's waistband.

7. WASSON has previously been convicted of a felony, and therefore does not have a concealed pistol license.

8. On March 1, 2023, ATF Interstate Nexus Expert, Special Agent Michael Jacobs advised me, based on verbal descriptions of the Taurus G2C 9MM firearm provided and without physically examining it, that the above referenced firearm is a firearm as defined as defined under 18 U.S.C. § 921 and manufactured outside of the state of Michigan, and therefore has traveled in and affected interstate commerce.

## **CONCLUSION**

9. Based upon the above facts, there is probable cause to believe Dwion Anthony WASSON (B/M; DOB: XX/XX/1982), violated 18 U.S.C. 922(g)(1) (Felon in Possession of Firearm) on or about January 30, 2023, in the Eastern District of Michigan.

Respectfully submitted,

_____
Treva L. Eaton, Task Force Officer,
Burea of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   March 8, 2023

4